UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL   **JS-6**

| Case No. | **CV 11-6316-DMG (MRWx)** | Date | May 8, 2012 |
|---|---|---|---|

| Title | Moroccanoil Inc. v. Mirage Hair Fibers, et al. |
|---|---|

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)  -  AMENDED ORDER AND NOTICE TO ALL PARTIES**

In light of the amended notice of settlement, filed May 8, 2012, indicating that the case has settled in its entirety, this action is placed in inactive status.

By June 7, 2012 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of June 8, 2012.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The scheduling conference currently set for May 11, 2012 is hereby VACATED.

IT IS SO ORDERED.