|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MOROCCANOIL, INC., a California corporation, | CASE No. CV-11-6316-DMG-MRWx |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE [21]** |
| v. |   |
| MIRAGE HAIR FIBERS, a Canadian business entity of unknown form; SALON PROFESSIONAL SERVICES, INC., a New Jersey corporation dba Aveyou.com and AVEYOU BEAUTY BOUTIQUE, and DOES 1 through 10, inclusive, |   |
| Defendants. |   |

2522.161\9991

ORDER OF DISMISSAL WITH PREJUDICE

The parties having submitted a stipulation signed by Plaintiff, Moroccanoil, Inc., and Defendant Salon Professional Services, Inc., by and through their undersigned counsel, the Court considers this case to be a proper one for a dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED that the action against Defendant Salon Professional Services, Inc. is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and expenses incurred herein and that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: June 1, 2012

_____
DOLLY M. GEE
United States District Judge

2522.161\9991

-1-
ORDER OF DISMISSAL WITH PREJUDICE